J-A34032-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| STEPHANIE J. SALTER | : | |
| | : | |
| Appellee | : | No. 653 MDA 2014 |

Appeal from the Order Entered March 17, 2014,
In the Court of Common Pleas of York County,
Criminal Division, at No. CP-67-CR-0008129-2013.

BEFORE: FORD ELLIOTT, P.J.E., SHOGAN, J., and STABILE, J.

CONCURRING STATEMENT BY SHOGAN, J.:

I respectfully disagree that the police officer had probable cause to conduct the traffic stop due to his distance of seventy-five feet from Appellee's vehicle at the time he became suspicious that her license plate lamps were not functioning. The traffic regulation in question requires only that the lights "make the registration plate visible from distance of 50 feet to the rear of the vehicle." 67 Pa. Code § 175.66(k). However, because I conclude that the officer had reasonable suspicion to believe that the license plate lamps were not functioning properly, the traffic stop was proper, and because I conclude that the officer had probable cause to arrest Appellee for DUI, I concur in the result reached by the Majority.